934 A.2d 1153

**Mack TRUESDALE, Petitioner,**

**v.**

**David DIGUGLIELMO, Superintendent of Graterford Prison and District Attorney of Philadelphia County, Respondents.**

**No. 118 EM 2007.**

Supreme Court of Pennsylvania.

Oct. 15, 2007.

**ORDER**

PER CURIAM.

**AND NOW,** this 15th day of October, 2007, the Application for Leave to File Original Process is granted and the Petition for Writ of Habeas Corpus is denied.